UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. WAVELINE BENNET-CONROY,

                      Petitioner,

    v.

MOUNT VERNON CITY SCHOOL
DISTRICT, *et al.*,

                      Respondents.

No. 24-CV-6120 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    Petitioner is directed to serve Respondents its proposed Order to Show Cause and supporting papers—and to file proof of such service—by no later than August 26, 2024.

    Respondents shall file their response to Petitioner's application by no later than August 30, 2024. Petitioner shall file her reply by no later than September 3, 2024.

    The Parties are reminded that there is a strict page limit of 25 pages for opening briefs and 10 pages for replies.

SO ORDERED.

Dated:  August 22, 2024
           White Plains, New York

                                          KENNETH M. KARAS
                                          United States District Judge