UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. WAVELINE BENNETT-CONROY,

                 Petitioner,

v.

MOUNT VERNON CITY SCHOOL DISTRICT, *and* BOARD OF EDUCATION OF MOUNT VERNON CITY SCHOOL DISTRICT,

                 Respondents.

No. 24-CV-6120 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    The Court held oral argument on October 2, 2024, with respect to Petitioner Dr. Waveline Bennett-Conroy's Motion to Stay Arbitration, (*see* Not. of Mot. & Pet's Mem. in Supp. (Dkt. No. 4); Resp's Mem. in Opp. (Dkt. No. 24); Pet's Reply Mem. in Supp. (Dkt No. 25)).

    On the basis of this proceeding, and for the reasons stated on the record, it is hereby ORDERED that Petitioner's Motion is DENIED WITHOUT PREJUDICE. The Clerk of Court is respectfully directed to terminate the pending motions (Dkt. Nos. 4, 7).

SO ORDERED.

Dated:   October 2, 2024
           White Plains, New York

                                                      KENNETH M. KARAS
                                                      United States District Judge